# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KELLY RAE JERVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. C23-5511 RSM<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER** |

Based on Defendant's Motion, and that Plaintiff's counsel has no opposition, it is hereby ORDERED that the Answer due date shall be amended as follows:

The Commissioner shall have up to and including September 7, 2023, to file a response to Plaintiff's Complaint, including the certified administrative record.

DATED this 7th day of August, 2023.

Ricardo S. Martinez
United States District Judge

ORDER GRANTING EXTENSION OF
TIME TO FILE ANSWER - 1